**Order Issued March 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00157-CR

**AARON LEE MALONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F08-39160-LI**

## ORDER

The Court is in receipt of Appellant's pro se motion to extend time to file a motion for rehearing. The motion admits, and the court's records reflect, that appellant is represented by counsel. Appellant is not entitled to hybrid representation. Therefore, appellant's motion is denied.

/s/     MARTIN RICHTER
JUSTICE